**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   §   Case No. 13-14732
         §
GINO J GAMBAROTA, Jr.   §
         §
         §
         §
         Debtor(s)   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on 3/28/2014, in Courtroom 240, United States Courthouse, Kane County, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/24/2014　　　　　　　　　By:   /s/ David E. Grochocinski
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-14732 |
| | § | |
| GINO J GAMBAROTA, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $10,000.00
*and approved disbursements of*  $560.79
*leaving a balance on hand of$^1$:*  $9,439.21

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $9,439.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,806.50 | $0.00 | $3,806.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $33.89 | $0.00 | $33.89 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,924.00 | $0.00 | $1,924.00 |

Total to be paid for chapter 7 administrative expenses:  $7,514.39
Remaining balance:  $1,924.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,924.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,924.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,342.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $13,459.96 | $0.00 | $1,064.31 |
| 2 | American Express Bank, FSB | $6,667.37 | $0.00 | $527.20 |
| 3 | American Express Centurion Bank | $4,215.32 | $0.00 | $333.31 |

Total to be paid to timely general unsecured claims: $1,924.82
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---:|
| Remaining balance: | $0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

          Prepared By: /s/ David E. Grochocinski
                 Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-14732-DRC
Gino J Gambarota, Jr.                                                 Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 1              Date Rcvd: Feb 26, 2014
                              Form ID: pdf006           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2014.
```
db         +Gino J Gambarota, Jr.,    5732 Unit Ct,    Hanover Park, IL 60133-5323
aty        +InnovaLaw, P.C.,    1900 Ravinia Place,    Orland Park, IL 60462-3760
20305221   +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
20805446    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20842009    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20305224   +Best Buy/Capital One,    Bankruptcy Department,    PO Box 5253,    Carol Stream, IL 60197-5253
20305216   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20305217   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20305225   +Greenbrook Area HOA,    Attn: Bankruptcy Dept.,    5838 South Bradley Court,
             Hanover Park, IL 60133-5262
20305215   +Richard Kolalecchi,    3315 Sweetser Ave,    Evansville, IN 47714-5448
20305219   +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls, SD 57117-6282
20305220   +THD/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
20305218   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20305214  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
           (address filed with court: Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
             8480 Stagecoach Cir,    Frederick, MD 21701)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20518320     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 27 2014 01:32:45      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20305223   +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 27 2014 01:32:45      Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 2
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20305222*   +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
20305213   ##+Citimortgage INC,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2014 at the address(es) listed below:
```
              Christine Kuhlman    on behalf of Debtor Gino J Gambarota, Jr. ndil@geracilaw.com
              David E Grochocinski    on behalf of Accountant    Scott, Horewitch, Pidgeon, Abrams, LLC
               dgrochocinski@innovalaw.com, deg@trustesolutions.net
              David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
              Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```