# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GAMBAROTA, Jr., GINO | § | Case No. 13-14732 DRC |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 101,904.00
*(Without deducting any secured claims)*

Assets Exempt: 21,700.00

Total Distributions to Claimants: 1,924.82

Claims Discharged
Without Payment: 29,648.83

Total Expenses of Administration: 8,075.18

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 193,405.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,075.18 | 8,075.18 | 8,075.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,666.00 | 24,342.65 | 24,342.65 | 1,924.82 |
| **TOTAL DISBURSEMENTS** | $ 223,071.00 | $ 32,417.83 | $ 32,417.83 | $ 10,000.00 |

4)  This case was originally filed under chapter 7 on  04/09/2013 .  The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/31/2015                    By:/s/GINA B. KROL
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5732 Unit Ct Hanover Park, IL 60133 - (Debtors | 1210-000 | 10,000.00 |
| TOTAL GROSS RECEIPTS | | $ 10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Citimortgage INC Attn: Bankruptcy Dept. Po Box 9438 Gaithersburg MD 20898 | | 83,884.00 | NA | NA | 0.00 |
| | 2 Greenbrook Area HOA Attn: Bankruptcy Dept. 5838 South Bradley Court Hanover Park IL 60133 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Wells Fargo HM Mortgag | | | | | |
| | Attn: Bankruptcy Dept. 8480 | | | | | |
| | Stagecoach Cir Frederick MD | | | | | |
| | 21701 | | 109,521.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 193,405.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Green Bank | 2600-000 | NA | 60.79 | 60.79 | 60.79 |
| INNOVALAW, PC | 3110-000 | NA | 3,806.50 | 3,806.50 | 3,806.50 |
| INNOVALAW, PC | 3120-000 | NA | 33.89 | 33.89 | 33.89 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, L | 3410-000 | NA | 1,924.00 | 1,924.00 | 1,924.00 |
| Kim Wirtz | 3510-000 | NA | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 8,075.18** | **$ 8,075.18** | **$ 8,075.18** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Best Buy/Capital One Bankruptcy Department PO Box 5253 Carol Stream IL 60197 | | 303.00 | NA | NA | 0.00 |
| | 5 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 7 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | 3,450.00 | NA | NA | 0.00 |
| | 8 THD/CBNA Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 3,478.00 | NA | NA | 0.00 |
| | 9 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| 2 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 6,154.00 | 6,667.37 | 6,667.37 | 527.20 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 3,773.00 | 4,215.32 | 4,215.32 | 333.31 |
| 1 | DISCOVER BANK | 7100-000 | 12,508.00 | 13,459.96 | 13,459.96 | 1,064.31 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,666.00 | $ 24,342.65 | $ 24,342.65 | $ 1,924.82 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-14732 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | GAMBAROTA, Jr., GINO | | | | Date Filed (f) or Converted (c): | 04/09/13 (f) |
| | | | | | 341(a) Meeting Date: | 05/03/13 |
| For Period Ending: | 08/31/15 | | | | Claims Bar Date: | 08/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 5732 Unit Ct Hanover Park, IL 60133 - (Debtors<br>   primary residence) | 113,000.00 | 10,000.00 | | 10,000.00 | FA |
| 2. 3315 Sweetser Ave, Evansville, IN 47714<br>   (Quitclaimed interest to co-debtor) | 101,576.00 | 0.00 | | 0.00 | FA |
| 3. South Central Bank checking account | 3.00 | 0.00 | | 0.00 | FA |
| 4. Chase Bank checking account | 175.00 | 0.00 | | 0.00 | FA |
| 5. Household goods; TV, DVD player, TV stand,<br>   stove, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer,<br>   stove, refrigerator, microwave, dishes/flatware, pots/pans | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Books, CD's, DVD's, Tapes/Records, Family Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel. | 250.00 | 0.00 | | 0.00 | FA |
| 8. watch | 50.00 | 0.00 | | 0.00 | FA |
| 9. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Honda Civic 4D Sedan EX ($5,500 Carmax<br>   appraisal) | 5,500.00 | 0.00 | | 0.00 | FA |
| 11. 3 Dogs | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $221,604.00 | $10,000.00 | | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final distributions made- following for checks to clear. Successor trustee to do TDR

October 01, 2014, 01:45 pm

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-14732    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | GAMBAROTA, Jr., GINO | Date Filed (f) or Converted (c): | 04/09/13 (f) |
| | | 341(a) Meeting Date: | 05/03/13 |
| | | Claims Bar Date: | 08/20/13 |

Initial Projected Date of Final Report (TFR): 04/07/15        Current Projected Date of Final Report (TFR): 04/07/15

　　　/s/    GINA B. KROL

_____ Date: 08/31/15

　　　GINA B. KROL

FORM 2                                                                                                      Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-14732 -DRC |
| Case Name: | GAMBAROTA, Jr., GINO |
| | |
| Taxpayer ID No: | *******2462 |
| For Period Ending: | 08/31/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******3201  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/13 | 1 | Gino J. Gambarota | Interest in the improved real property commonly known as 5732 Unit Court, Hanover Park, IL  per court ordered entered on September 27, 2013. | 1210-000 | 10,000.00 | | 10,000.00 |
| 10/17/13 | 003001 | Kim Wirtz 1215 East 9th Street Lockport, IL  60441 | 5% of sale proceeds of $10,000, or $500.00 payable as compensation for services rendered as broker order entered September 27, 2013      3510-000        $-500.00 | 3510-000 | | 500.00 | 9,500.00 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 14.47 | 9,485.53 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 15.30 | 9,470.23 |
| 12/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 14.78 | 9,455.45 |
| 01/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 16.24 | 9,439.21 |
| 04/01/14 | 003002 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL  60462 | Trustee Compensation | 2100-000 | | 1,750.00 | 7,689.21 |
| 04/01/14 | 003003 | InnovaLaw, PC 1900 Ravinia Palce | Distribution on Claim #: ; | 3110-000 | | 3,806.50 | 3,882.71 |

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-14732  -DRC | |
| Case Name: | GAMBAROTA, Jr., GINO | |

| | |
|---|---|
| Taxpayer ID No: | *******2462 |
| For Period Ending: | 08/31/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******3201  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Orland Park, IL  60462 | | | | |
| 04/01/14 | 003004 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | 33.89 | 3,848.82 |
| | | 1900 Ravinia Palce | | | | |
| | | Orland Park, IL  60462 | | | | |
| 04/01/14 | 003005 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | 1,924.00 | 1,924.82 |
| | | 2150 E Lake Cook Road | | | | |
| | | Suite 560 | | | | |
| | | Buffalo Grove, IL  60089 | | | | |
| 04/01/14 | 003006 | Discover Bank | Distribution on Claim #: 1; | 7100-000 | | 1,064.31 | 860.51 |
| | | DB Servicing Corporation | | | | |
| | | PO Box 3025 | | | | |
| | | New Albany, OH  43054-3025 | | | | |
| 04/01/14 | 003007 | American Express Bank, FSB | Distribution on Claim #: 2; | 7100-000 | | 527.20 | 333.31 |
| | | c o Becket and Lee LLP | | | | |
| | | POB 3001 | | | | |
| | | Malvern, PA  19355-0701 | | | | |
| 04/01/14 | 003008 | American Express Centurion Bank | Distribution on Claim #: 3; | 7100-000 | | 333.31 | 0.00 |
| | | c o Becket and Lee LLP | | | | |
| | | POB 3001 | | | | |
| | | Malvern, PA  19355-0701 | | | | |

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:       13-14732  -DRC
Case Name:     GAMBAROTA, Jr., GINO

Taxpayer ID No:  *******2462
For Period Ending:  08/31/15

Trustee Name:            GINA B. KROL
Bank Name:               Green Bank
Account Number / CD #:   *******3201  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account  *******3201 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 10,000.00 | 8 | Checks | 9,939.21 |
| | 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 60.79 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  10,000.00 | | | |
| | | | | | Total | $  10,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  10,000.00 | | | |

Trustee's Signature:  ___/s/___  GINA B. KROL   _____  Date: 08/31/15
                          GINA B. KROL